UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARK POLANCO,

                Plaintiff,

     -against-

CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------------X

20-CV-881 (LAK) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    On March 2, 2021 this Court issued a Scheduling Order requiring, in part, that the parties file a joint status report by no later than April 2, 2021.  To date, no such status letter has been filed.  Nevertheless, the Court will afford the parties a brief extension to comply with the aforementioned Order.  The parties are hereby directed to file a joint status report by April 16, 2021 to update the Court on the status of discovery and any issues that have arisen.

    **SO ORDERED.**

DATED:    New York, New York
              April 9, 2021

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge