```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/13/2021
```

# STEVEN A. HOFFNER
### ATTORNEY AT LAW

325 Broadway, Suite 505            tel: 212-941-8330
New York, New York 10007           fax: 646-810-4031

April 12, 2021

**MEMO ENDORSED**

Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York

Re:   Polanco v City, et al.
      20 CV 00881 (LAK)

Your Honor:

I am plaintiffs' lawyer on the above matter, and hereby submit this letter on behalf of all parties to update Your Honor on the case. First, though, the parties would like to apologize for not providing you with this update sooner. Discovery is ongoing, and plaintiff's deposition is being scheduled. Settlement negotiations are ongoing. We are also still attempting to obtain certain medical records and the ambulance report related to plaintiff's treatment.

Thank you for your attention to this matter.

Respectfully,

/s/

Steven Hoffner

**A telephonic Case Management conference in this these matters is hereby scheduled for Thursday, June 3, 2021 at 12:30 p.m.** The parties are directed to call into the court conference line at the scheduled time. Please dial (866) 434-5269 Code: 4858267.

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

04/13/2021