

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**ZACHARY KALMBACH**
*Assistant Corporation Counsel*
phone: (212) 356-2322
fax: (212) 356-3509
zkalmbac@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __06/02/2021__

June 2, 2021

**VIA ECF**
Honorable Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED

*Katharine H Parker*

Hon. Katharine H. Parker, U.S.M.J.

**06/02/2021**

    Re:    Mark Polanco v. City of New York, et al.
           20 Civ. 881 (LAK) (KHP)

Your Honor:

    I represent defendants the City of New York and Officer Neville in the above-referenced matter. Defendants write to respectfully request that the status conference scheduled for June 3, 2021 be adjourned *sine die*, in light of the parties' resolution of this matter through settlement. Defendants have attempted to contact plaintiff's counsel to obtain his position on this request, but have not been able to reach him.

    On April 13, 2021, the Court scheduled a status conference for June 3, 2021, at 12:30 p.m. (ECF No. 28). On April 22, 2021, the parties participated in a settlement conference before Your Honor, during which the parties reached a settlement. Accordingly, on April 28, 2021, defendants filed a Proposed Stipulation and Order of Dismissal, which is currently pending before Judge Kaplan. On June 2, 2021, the Court issued an order moving the June 3, 2021 conference to 12:30 p.m. (Docket Entry Dated June 2, 2021). As this case has been resolved through settlement, defendants respectfully request that the conference currently scheduled for June 3, 2021 be adjourned *sine die*.

    Defendants thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Zachary Kalmbach*
Zachary Kalmbach
*Assistant Corporation Counsel*
Special Federal Litigation Division

2

cc:     **<u>Via ECF</u>**
        Steven Alan Hoffner
        Law Office of Steven Hoffner
        *Attorney for plaintiff*
        325 Broadway, Suite 505
        New York, New York 10007