UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
Mark Polanco,

                Plaintiff,

v.

The City of New York, et al.,

                Defendant.

------------------------------ x

20-cv-881 (LAK)(KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2022

## ORDER

        Magistrate Judge Parker has informed the Court that the parties have reached a settlement. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before March 31, 2022, if the settlement has not been consummated by then.

        SO ORDERED.

Dated:      March 1, 2022

                                                    Lewis A. Kaplan
                                        United States District Judge